1  Michael W. Fattorosi, Esq., Calif. State Bar No. 193538
   michael@fattlegal.com
2  Michael D. Kuznetsky, Esq., Calif. State Bar No. 241045
   mikek@fattlegal.com
3  FATTOROSI & ASSOCIATES, P.C.
   5850 Canoga Avenue, Suite 400
4  Woodland Hills, CA 91367
   (818) 881-8500, Fax (818) 881-9008
5
   Attorney for Plaintiff,
6  VICTORY TRADESHOW MANAGEMENT GROUP, LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  VICTORY TRADESHOW MANAGEMENT GROUP, LLC, a New Jersey Limited Liability Company, | CASE NO. CV 10-4811 CAS (Ex) |
| 12 | *[Assigned to the Honorable Christina A. Snyder, Courtroom 5]* |
| 13           Plaintiff, | |
| 14  vs. | **PROOF OF SERVICE OF SUMMONS AND COMPLIANT** |
| 15  LIVE ENTERTAINMENT, INC., a Nevada Corporation; and DOES 1 through 10, inclusive, | |
| 16           Defendants. | |
| 17 | Complaint Filed:    June 29, 2010 |

18  ///
19  ///
20  ///
21
22
23
24
25
26
27
28

                                    1
            **PROOF OF SERVICE OF SUMMONS AND COMPLIANT**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5850 Canoga Avenue, Suite 400, Woodland Hills, California 91367.

     On July 7, 2010, I served the foregoing document described **SUMMONS, COMPLAINT, REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR A TRADEMARK, NOTICE OF ASSIGNMENT TO A US MAGISTRATE JUDGE FOR DISCOVERY, CIVIL COVER SHEET, NOTICE TO PARTIES OF ADR PROGRAM, CERTIFICATE AND NOTICE OF INTERESTED PARTIES ON CASE Number CV10 4811-CAS(EX)**, on the interested parties in this action:

  X   By placing ___ the original  X  true copies thereof enclosed in sealed envelopes **CERTIFIED MAIL RETURN RECEIPT REQUESTED** and addressed as follows:

Live Entertainment Inc.
Business Center of Nevada Inc.
701 S. Bridger Ave Ste 690
Las Vegas, NV 89101
Attn: Agent for Service of Process

Live Entertainment Inc.
Andrea Argyilan
4647 Vista Del Monte Ave #305
Sherman Oaks CA 91403

Live Entertainment Inc.
Renaud West
8306 Wilshire Blvd. #736
Beverly Hills CA 90211

 X  (BY CERTIFIED MAIL RETURN RECEIPT REQUSTED) I am "readily familiar" with the firm's practice of collection and processing correspondence for certified mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on a motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 X  (MANNER OF SERVICE) Service by certified mail with return receipt requested was effected pursuant to California Code of Civil Procedure Section 415.40.

     Executed on August 10, 2010, at Woodland Hills, California.

 X  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_/s/_

MICHAEL KUZNETSKY

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

3   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5850 Canoga Avenue, Suite 400, Woodland Hills, California 91367.

5   On August 10, 2010, I served the foregoing document described **PROOF OF SERVICE OF SUMMONS AND COMPLIANT** on the interested parties in this action:

___   By placing ___ the original ___ true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

_X_   By placing ___ the original _X_ true copies thereof enclosed in sealed envelopes addressed as follows:

Live Entertainment Inc.
Business Center of Nevada Inc.
701 S. Bridger Ave Ste 690
Las Vegas, NV 89101
Attn: Agent for Service of Process
**Defendant**

Live Entertainment Inc.
Renaud West
8306 Wilshire Blvd. #736
Beverly Hills CA 90211
**Defendant**

Live Entertainment Inc.
Andrea Argyilan
4647 Vista Del Monte Ave #305
Sherman Oaks CA 91403
**Defendant**

_X_   (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on a motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___   (FACSIMILE) By causing a true and correct copy of same to be sent by facsimile to the addressee(s).

___   (PERSONAL SERVICE) By causing such envelope to be delivered by hand to the office(s) of the addressee(s).

Executed on August 10, 2010, at Woodland Hills, California.

_X_   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___   I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

_____
MICHAEL KUZNETSKY