Michael W. Fattorosi, Esq., Calif. State Bar No. 193538
michael@fattlegal.com
Michael D. Kuznetsky, Esq., Calif. State Bar No. 241045
mikek@fattlegal.com
FATTOROSI & ASSOCIATES, P.C.
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
(818) 881-8500, Fax (818) 881-9008

Attorney for Plaintiff,
VICTORY TRADESHOW MANAGEMENT GROUP, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORY TRADESHOW MANAGEMENT GROUP, LLC, a New Jersey Limited Liability Company, | CASE NO. CV 10-4811 CAS (Ex) |
| Plaintiff, | *[Assigned to the Honorable Christina A. Snyder, Courtroom 5]* |
| vs. | **REQUEST TO ENTER DEFAULT** |
| LIVE ENTERTAINMENT, INC., a Nevada Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| | Complaint Filed:      June 29, 2010 |

TO:     THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff, VICTORY TRADESHOW MANAGEMENT GROUP, LLC, a New Jersey Limited Liability Company, hereby requests that the Clerk of the above-entitled Court enter Default in this matter against Defendant, LIVE ENTERTAINMENT, INC., a Nevada Corporation, on the ground that said defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Summons and Complaint on Defendant, LIVE ENTERTAINMENT, INC. by certified mail with return receipt requested on July 7, 2010, pursuant to California Code of Civil Procedure Section 415.40, evidenced by the proof of service of summons, filed herewith.

1

1    The above stated facts are set forth in the accompanying declaration of Michael D.

2  Kuznetsky, Esq., filed herewith.

3

4  Dated: August 10, 2010                          FATTOROSI & ASSOCIATES, P.C.

5

6                                                  By: _____
                                                   Michael D. Kuznetsky, Attorney for Plaintiff,
7                                                  VICTORY TRADESHOW MANAGEMENT
                                                   GROUP, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**REQUEST TO ENTER DEFAULT**

1

## PROOF OF SERVICE

2    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3        I am employed in the County of Los Angeles, State of California.  I am over the age of
18 and not a party to the within action.  My business address is 5850 Canoga Avenue, Suite
4    400, Woodland Hills, California 91367.

5        On August 10, 2010, I served the foregoing document described **REQUEST TO ENTER
DEFAULT** on the interested parties in this action:
6

7    ___   By placing ___ the original ____ true copies thereof enclosed in sealed envelopes
         addressed as stated on the attached mailing list.

8    _X_   By placing ___ the original _X_ true copies thereof enclosed in sealed envelopes
         addressed as follows:
9

Live Entertainment Inc.                          Live Entertainment Inc.
10   Business Center of Nevada Inc.                   Renaud West
     701 S. Bridger Ave Ste 690                       8306 Wilshire Blvd. #736
11   Las Vegas, NV 89101                              Beverly Hills CA 90211
     Attn: Agent for Service of Process               **Defendant**
12   **Defendant**

13   Live Entertainment Inc.
     Andrea Argyilan
14   4647 Vista Del Monte Ave #305
     Sherman Oaks CA 91403
15   **Defendant**

16

17   _X_   (BY MAIL)  I am "readily familiar" with the firm's practice of collection and processing
         correspondence for mailing.  Under that practice it would be deposited with the U.S.
18       postal service on that same day with postage thereon fully prepaid at Woodland Hills,
         California in the ordinary course of business.  I am aware that on a motion of the party
19       served, service is presumed invalid if postal cancellation date or postage meter date
         is more than one day after date of deposit for mailing in affidavit.
20
     ___   (FACSIMILE)  By causing a true and correct copy of same to be sent by facsimile to the
21       addressee(s).

22   ___   (PERSONAL SERVICE)  By causing such envelope to be delivered by hand to the
         office(s) of the addressee(s).
23
         Executed on August 10, 2010, at Woodland Hills, California.
24
25   _X_   I declare under penalty of perjury under the laws of the State of California that the
         above is true and correct.

26   ___   I declare that I am employed in the office of a member of the bar of this Court, at whose
         direction the service was made.
27

28   _____
     MICHAEL KUZNETSKY