1  Michael W. Fattorosi, Esq., Calif. State Bar No. 193538
   michael@fattlegal.com
2  Michael D. Kuznetsky, Esq., Calif. State Bar No. 241045
   mikek@fattlegal.com
3  FATTOROSI & ASSOCIATES, P.C.
   5850 Canoga Avenue, Suite 400
4  Woodland Hills, CA 91367
   (818) 881-8500, Fax (818) 881-9008
5
   Attorney for Plaintiff,
6  VICTORY TRADESHOW MANAGEMENT GROUP, LLC

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 VICTORY TRADESHOW MANAGEMENT GROUP, )   CASE NO. CV 10-4811 CAS (Ex)
   LLC, a New Jersey Limited Liability Company, )
12                                            )   *[Assigned to the Honorable*
                  Plaintiff,                  )   *Christina A. Snyder, Courtroom 5]*
13                                            )
   vs.                                        )   **DECLARATION OF MICHAEL D.**
14                                            )   **KUZNETSKY IN SUPPORT OF**
   LIVE    ENTERTAINMENT,    INC.,   a   Nevada )   **REQUEST TO ENTER DEFAULT**
15 Corporation; and DOES 1 through 10, inclusive, )
                                              )
16                Defendants.                 )
                                              )
17 _____ )   Complaint Filed:      June 29, 2010

18

19 ///

20 ///

21 ///

22

23

24

25

26

27

28

                              1

1    I, Michael D. Kuznetsky, Esq., declare as follows:

2    1.    I am an attorney with Fattorosi & Associates, P.C., the attorneys of record for

3    Plaintiff, VICTORY TRADESHOW MANAGEMENT GROUP, LLC, a New Jersey Limited

4    Liability Company.

5    2.    The agent for service of process for LIVE ENTERTAINMENT, INC., a Nevada

6    Corporation, is Business Center of Nevada Inc., 701 S. Bridger Ave Ste 690, Las Vegas, NV

7    89101. Defendant, LIVE ENTERTAINMENT, INC., a Nevada Corporation was served with

8    the Summons and Complaint in this matter by certified mail with return receipt requested to

9    its agent for service of process on July 7, 2010. A true and correct copy of the return receipt

10   is attached hereto as Exhibit "A."

11   3.    From the date of service by mail (July 7, 2010) to today (August 10, 2010) is

12   34 days.

13   4.    Defendant, LIVE ENTERTAINMENT, INC. has not appeared in this action, filed

14   a motion, nor responded to the Complaint within the time permitted by law.

15   5.    Defendant, LIVE ENTERTAINMENT, INC. is not a minor, incompetent person,

16   or a person in military service.

17

18   I declare under penalty of perjury under the laws of the United States that the foregoing

19   is true and correct.

20

21   Dated: August 10, 2010            FATTOROSI & ASSOCIATES, P.C.

22

23   By: _____
                                      Michael D. Kuznetsky, Attorney for Plaintiff,
24                                    VICTORY TRADESHOW MANAGEMENT
                                      GROUP, LLC

25

26

27

28

2

DECLARATION OF MICHAEL D. KUZNETSKY IN SUPPORT OF REQUEST TO ENTER DEFAULT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "A"**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BUSINESS CTR OF NEVADA INC
701 BRIDGER AVE #640
LAS VEGAS NV 89101

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Daniel Keefer*   ☐ Agent
                     ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

*Karen Keefer*

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)             ☐ Yes

2. Article Number
   (*Transfer from service label*)

7010 0780 0000 4028 6612

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

1    **PROOF OF SERVICE**

2    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3        I am employed in the County of Los Angeles, State of California. I am over the age of
     18 and not a party to the within action. My business address is 5850 Canoga Avenue, Suite
4    400, Woodland Hills, California 91367.

5        On August 10, 2010, I served the foregoing document described **DECLARATION OF
     MICHAEL D. KUZNETSKY IN SUPPORT OF REQUEST TO ENTER DEFAULT** on the
6    interested parties in this action:

7    ___   By placing ___ the original ____ true copies thereof enclosed in sealed envelopes
           addressed as stated on the attached mailing list.
8
      _X_   By placing ___ the original _X_ true copies thereof enclosed in sealed envelopes
9           addressed as follows:

10   Live Entertainment Inc.                          Live Entertainment Inc.
     Business Center of Nevada Inc.                    Renaud West
11   701 S. Bridger Ave Ste 690                        8306 Wilshire Blvd. #736
     Las Vegas, NV 89101                               Beverly Hills CA 90211
12   Attn: Agent for Service of Process                **Defendant**
     **Defendant**
13
     Live Entertainment Inc.
14   Andrea Argyilan
     4647 Vista Del Monte Ave #305
15   Sherman Oaks CA 91403
     **Defendant**
16

17
     _X_   (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing
18         correspondence for mailing. Under that practice it would be deposited with the U.S.
           postal service on that same day with postage thereon fully prepaid at Woodland Hills,
19         California in the ordinary course of business. I am aware that on a motion of the party
           served, service is presumed invalid if postal cancellation date or postage meter date
20         is more than one day after date of deposit for mailing in affidavit.

21   ___   (FACSIMILE) By causing a true and correct copy of same to be sent by facsimile to the
           addressee(s).
22
     ___   (PERSONAL SERVICE) By causing such envelope to be delivered by hand to the
23         office(s) of the addressee(s).

24         Executed on August 10, 2010, at Woodland Hills, California.

25   _X_   I declare under penalty of perjury under the laws of the State of California that the
           above is true and correct.
26
     ___   I declare that I am employed in the office of a member of the bar of this Court, at whose
27         direction the service was made.

28   _____
     MICHAEL KUZNETSKY

     F:\FATTOROSI & ASSOCIATES\CIVIL\Victory v. Live\DefaultRequest-DeclMDK.08-03-10.wpd