UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-04811-CAS(Ex) | Date | August 23, 2010 |
|---|---|---|---|
| Title | Victory Tradeshow Management Group, LLC v. Live Entertainment, Inc., etc. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| V.R. Vallery | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER SETTING SCHEDULING CONFERENCE; PLAINTIFF'S SECOND REQUEST TO ENTER DEFAULT

This matter is set for a Scheduling Conference on **November 15, 2010**, at **11:00 a.m.** The Scheduling Conference will be held pursuant to F.R.Civ.P 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the date of the Rule 16(b) Scheduling Conference and to report to the Court not later than 14 days after they confer on a discovery plan and the other matters required by F.R.Civ.P. 26(f) and the Local Rules of this Court. If this case has been assigned to the ADR Pilot Program, counsel shall concurrently file the ADR Questionnaire.

At the Rule 16(b) Scheduling Conference, the Court will issue an order setting forth at least the following dates: the last date for joining parties, the last date to file any motion, whether or not dispositive, and the last date to complete discovery. Scheduling Conferences will ordinarily not be continued.

Failure to comply may lead to the imposition of sanctions.

Judge Snyder is located at 312 N. Spring Street Courthouse, in Courtroom 5, on the second floor.

The Court declines to strike the answer filed by defendant, Live Entertainment, Inc. on August 12, 2010, and denies Plaintiff's Second Request for Default Judgment as moot.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | VRV |