SEPEHR DAGHIGHIAN, State Bar No. 239345
**LAW OFFICES OF SEPEHR DAGHIGHIAN**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone:  (310) 887-1333
Facsimile:   (310) 887-1334
E-mail: sepehr@daghighian.com

Attorney for Defendant:
**LIVE ENTERTAINMENT, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VICTORY TRADE SHOW MANAGEMENT GROUP, LLC | CASE NUMBER: 2:10-CV-04811-CAS |
|---|---|
| Plaintiff(s) v. LIVE ENTERTAINMENT, INC. Defendant(s). | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>LIVE ENTERTAINMENT, INC.</u>    ☐ Plaintiff    X Defendant    ☐ Other _____
*Name of Party*

to substitute <u>Stephen M. Kernan</u> who is

    X   Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

<u>The Kernan Law Group, 9663 Santa Monica Blvd, No. 450</u>
*Street Address*

<u>Beverly Hills, CA 90210</u>                    <u>kernanlaw@gmail.com</u>
*City, State, Zip*                                *E-Mail Address*

<u>(310) 490-9777</u>        <u>(310) 861-0503</u>        <u>181747</u>
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record in place and stead of       <u>Sepehr Daghighian</u>
                                                  *Present Attorney*

**is hereby**    X GRANTED    ☐ DENIED

Dated  <u>October 4, 2010</u>                  *[signature]*
                                               U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.