| | |
|---|---|
| 1 | Michael W. Fattorosi, Esq., Calif. State Bar No. 193538 |
| | michael@fattlegal.com |
| 2 | FATTOROSI & ASSOCIATES, P.C. |
| | 5850 Canoga Avenue, Suite 400 |
| 3 | Woodland Hills, CA 91367 |
| | (818) 881-8500, Fax (818) 881-9008 |
| 4 | |
| | Michael D. Kuznetsky, Esq., Calif. State Bar No. 241045 |
| 5 | mike@kuzlaw.com |
| | KUZNETSKY LAW GROUP, P.C. |
| 6 | 10 Universal City Plaza, Suite 2000 |
| | Universal City, CA 91608 |
| 7 | (818) 753-2450, Fax: (818) 736-9099 |
| 8 | Attorney for Plaintiff, VICTORY TRADESHOW MANAGEMENT GROUP, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 12 | VICTORY TRADESHOW MANAGEMENT GROUP, LLC, a New Jersey Limited Liability Company, | CASE NO. CV 10-4811 CAS (Ex) |
| 13 | | *[Assigned to the Honorable Christina A. Snyder, Courtroom 5]* |
| 14 | Plaintiff, | |
| 15 | vs. | **NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF, VICTORY TRADESHOW MANAGEMENT GROUP, LLC** |
| 16 | LIVE ENTERTAINMENT, INC., a Nevada Corporation; and DOES 1 through 10, inclusive, | |
| 17 | Defendants. | |
| 18 | | Complaint Filed:    June 29, 2010 |
| | | Scheduling Conf:   Nov. 15, 2010 |

**TO ALL INTERESTED PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following counsel has been associated to represent Plaintiff, VICTORY TRADESHOW MANAGEMENT GROUP, LLC, in the above-entitled action:

>  Michael D. Kuznetsky, Esq., SBN 241045
>  mike@kuzlaw.com
>  KUZNETSKY LAW GROUP, P.C.
>  10 Universal City Plaza, Suite 2000
>  Universal City, CA 91608
>  (818) 753-2450 (Phone)
>  (818) 736-9099 (Fax)

///

1

NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF,
VICTORY TRADESHOW MANAGEMENT GROUP, LLC

1   All pleadings, responses, correspondence and other matters should be additionally
2   served upon such counsel and such counsel should be added to the service list.

3

4                                                 Respectfully Submitted,

5   Dated: November 12, 2010                     FATTOROSI & ASSOCIATES, P.C.

6

7                                                 By: _____
                                                  Michael W. Fattorosi, Attorneys for Plaintiff,
8                                                 VICTORY TRADESHOW MANAGEMENT
                                                  GROUP, LLC
9

10   I agree to the above association.

11

12   Dated: November 23, 2010                    KUZNETSKY LAW GROUP, P.C.

13

14                                                By: _____
                                                  Michael D. Kuznetsky, Attorneys for
15                                                Plaintiff, VICTORY TRADESHOW
                                                  MANAGEMENT GROUP, LLC

16

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10 Universal City Plaza, Suite 2000, Universal City, CA 91608.

On _November 23_, 2010, I served the foregoing document described **NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF, VICTORY TRADESHOW MANAGEMENT GROUP, LLC** on the interested parties in this action:

___ By placing ___ the original ___ true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

_X_ By placing ___ the original _X_ true copies thereof enclosed in sealed envelopes addressed as follows:

Stephen Michael Kernan, Esq.
Law Office of Stephen Michael Kernan
9663 Santa Monica Blvd #450
Beverly Hills, CA 90210
**Attorney for Defendant,
LIVE ENTERTAINMENT, INC.**

_X_ (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Toluca Lake, California in the ordinary course of business. I am aware that on a motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ (FACSIMILE) By causing a true and correct copy of same to be sent by facsimile to the addressee(s).

___ (PERSONAL SERVICE) By causing such envelope to be delivered by hand to the office(s) of the addressee(s).

Executed on _November 23_, 2010, at Toluca Lake, California.

_X_ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___ I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

_/s/ Michael Kuznetsky_
MICHAEL KUZNETSKY