Stephen M. Kernan, State Bar No. 181747
Jessica A. Wood, State Bar No. 269562
THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
Telephone: (310) 490-9777
Facsimile: (310) 861-0503
MKernan@kernanlaw.net

Attorneys for Defendant
LIVE ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORY TRADESHOW MANAGEMENT GROUP, LLC, a corporation,<br><br>   Plaintiff<br><br>vs.<br><br>LIVE ENTERTAINMENT, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:10CV04811-CAS<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Christina A. Snyder<br><br>Complaint Filed: June 29, 2011<br>Trial Date: October 4, 2011 |

TO THE COURT AND ALL PARTIES:   Please take notice that pursuant to United States District Court, Central District of California Rules 16-15.7 and 40-2, Defendant, Live Entertainment, Inc. ("Live") hereby notifies the Court that the above referenced matter has settled in mediation on February 21, 2011. Pursuant

1
**NOTICE OF SETTLEMENT**

to these Rules, Defendant anticipates that the settlement agreement will be timely memorialized.

DATED: February 21, 2011.                THE KERNAN LAW FIRM


By: _____
S. Michael Kernan, Esq.
Jessica A. Wood, Esq.
Attorneys for Defendant
Live Entertainment, Inc.

# **PROOF OF SERVICE**

COUNTY OF LOS ANGELES
STATE OF CALIFORNIA

I am over eighteen years of age, not a party in this action, and employed in Los Angeles County, California at 9663 Santa Monica Boulevard, Suite 450, Beverly Hills, CA 90210. I am readily familiar with the practice of this office for collection and processing of correspondence

On February 21, 2011, I served the attached:

**NOTICE OF SETTLEMENT**

**X  (BY MAIL)** by causing a true and correct copy of the above to be placed in the United States Mail at Los Angeles, California in a sealed envelope(s) with postage prepaid, addressed, and set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

**X  (BY ELECTRONIC SERVICE)** by causing a true and correct copy of the above documents to be filed with the Clerk of the Court using the court's CM/ECF system. In accordance with their CM/ECF registration agreements and the court's rules, the Clerk of the Court will send e-mail notification of such filing to the persons at the email address(es) set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 21, 2011, at Los Angeles, California.

*Jessica Wood*
_____
Jessica A. Wood

## SERVICE LIST

Michael Fattorosi, Esq.
Michael D. Kuznetsky, Esq.
Fattorosi & Associates, P.C.
5850 Canoga Avenue Suite 400
Woodland Hills, CA 91367
Phone Number: (818) 881-8500
Fax Number: (818) 881-9008
mikek@fattlegal.com
michael@fclawyers.com
michael@fattlegal.com

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777

2
**PROOF OF SERVICE**