**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Victory Tradeshow Management Group, LLC<br>v.<br>Live Entertainment, Inc. et al<br>DEFENDANT(S) | CASE NUMBER<br>CV 10-04811 CAS (Ex)<br>**NOTICE OF ASSIGNMENT OF ATTORNEY SETTLEMENT OFFICER** |

**Michael Diliberto**   is assigned to serve as the Attorney Settlement Officer in the above-captioned case.  This assignment is made:

☒  Pursuant to the ADR Program:

☒  The parties have stipulated to appointment of the above-named Attorney Settlement Officer.           .


☐  Plaintiff has not notified the ADR Department of the name of the Attorney Settlement Officer who will conduct the settlement proceeding, pursuant to Order/Referral to the ADR Pilot Program (ADR-12).  The above-named Attorney Settlement Officer has been randomly selected by the Director of ADR Programs.

☐  The parties have agreed to the random selection of an Attorney Settlement Officer who will conduct the settlement proceeding, pursuant to the Order/Referral to the ADR Pilot Program (ADR-12).  The above-named Attorney Settlement Officer has been randomly selected by the Director of ADR Programs.

☐  Pursuant to Local Rule 16-15.4, Settlement Procedure No. 2:

  ☐  The parties have stipulated to appointment of the above-named Attorney Settlement Officer.

  ☐  The parties have agreed to the random selection of an Attorney Settlement Officer.  The above-named Attorney Settlement Officer has been randomly selected by the Director of ADR Programs.

The settlement proceeding in this case is to be completed no later than:

  ☐   , as ordered by the assigned judge.


☒  forty-five days prior to the final pretrial conference, consistent with Local Rule 16-15.2.

                                                  Clerk, U.S. District Court

                                                  *Gail Killefer*

Dated: March 3, 2011                              ADR Program Director

ADR Director to electronically file original and cc: Attorney Settlement Officer