Michael D. Kuznetsky, Esq., Calif. State Bar No. 241045
mike@kuzlaw.com
KUZNETSKY LAW GROUP, P.C.
10 Universal City Plaza, Suite 2000
Universal City, CA 91608
(818) 753-2450, Fax: (818) 736-9099

Michael W. Fattorosi, Esq., Calif. State Bar No. 193538
michael@fattlegal.com
FATTOROSI & ASSOCIATES, P.C.
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
(818) 881-8500, Fax (818) 881-9008

Attorney for Plaintiff, VICTORY TRADESHOW MANAGEMENT GROUP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORY TRADESHOW MANAGEMENT GROUP, LLC, a New Jersey Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LIVE ENTERTAINMENT, INC., a Nevada Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 10-4811 CAS (Ex)<br><br>***[Assigned to the Honorable Christina A. Snyder, Courtroom 5]***<br><br>[~~PROPOSED~~] **ORDER**<br><br><br><br>Complaint Filed:   June 29, 2010<br>Trial:              October 4, 2011 |

## [~~PROPOSED~~] ORDER

This action, entitled *Victory Tradeshow Management Group, LLC v. Live Entertainment, Inc.*, Case No. CV 10-4811 CAS (Ex), is hereby dismissed with prejudice. Each party shall bear their own attorneys' fees, expenses and costs. The Court shall retain jurisdiction over the settlement contract.

IT IS SO ORDERED:

Dated: April 8, 2011

*/s/ Christina A. Snyder*
Honorable Christina A. Snyder

1

**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT,
LIVE ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 41**